IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| NS FUND I LLC, | : |
| Plaintiff, | : |
| vs. | : Case No. 2:08-cv-00126 |
| SOUTHLAND HEALTH SERVICES OF GEORGIA, INC., et al., | : Judge Edmund A. Sargus, Jr. |
| | : Magistrate Judge Norah McCann King |
| Defendants. | : |

### AGREED ORDER EXTENDING TEMPORARY RESTRAINING ORDER

Upon agreement of the parties, the Temporary Restraining Order entered by the Court in this matter on February 20, 2008, is hereby EXTENDED until 5:00 p.m. on March 20, 2008. Defendants' consent to this extension of the Temporary Restraining Order shall not be deemed nor construed as a waiver by Defendants of any claims or defenses herein. The $100,000 bond posted by Plaintiff is hereby also maintained.

**IT IS SO ORDERED.**

                                                   /s/ *Edmund A. Sargus, Jr.*
                                                   Hon. Edmund A. Sargus, Jr., U.S.D.J.

Agreed:

| | |
|---|---|
| /s/ Melissa F. Michalsky | /s/ Richard M. Bain (per e-mail authority) |
| Frederick M. Luper (0019289) | Richard M. Bain   (0016525) |
| Melissa Feldman Michalsky (0073212) | Harry W. Greenfield   (0003839) |
| Luper Neidenthal & Logan | Buckley King LPA |
| 50 West Broad Street, Suite 1200 | 600 Superior Avenue, East |
| Columbus, OH 43215-3374 | Cleveland, OH 44114-2652 |
| Telephone: (614) 221-7663 | Telephone: (216) 363-1400 |
| Fax: (866) 345-4948 | Fax: (216) 579-1020 |
| E-mail: fluper@lnlattorneys.com | E-mail: bain@buckleyking.com |
| E-mail: mmichalsky@lnlattorneys.com | E-mail: greenfield@buckleyking.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |