IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| NS FUND I LLC, | : |
| Plaintiff, | : |
| vs. | : Case No. 2:08-cv-00126 |
| SOUTHLAND HEALTH SERVICES OF GEORGIA, INC., et al., | : Judge Edmund A. Sargus, Jr. |
| Defendants. | : Magistrate Judge Norah McCann King |

## ORDER FOR PRELIMINARY INJUNCTION

Plaintiff is hereby granted a Preliminary Injunction as follows: Defendant, Southland Health Services of Georgia, Inc., is hereby temporarily enjoined and restrained from taking any action of any kind to transfer, encumber, divert, or dilute payments from any payors on any of its accounts receivable. Defendant shall notify the Court, within three (3) days, of any payments received from its accounts receivable, including the name of the payor, date of payment, and the amount received. Defendant may apply to the Court for permission to pay ordinary business expenses. Plaintiff may object to Defendant's request to pay ordinary business expenses within three (3) days of Defendant's application. Likewise, should Plaintiff receive any payment from any payors on any of Defendants' account receivable, Plaintiff shall notify the Court, within three (3) days, of the name of the payor, date of payment, and the amount received. This Preliminary Injunction shall remain in full force and effect until further Order of this Court.

Defendants do not waive any claims or defenses in this action, including their objection

1

and opposition to the entry of the Preliminary Injunction and prior Temporary Restraining Order.

The $100,000 bond posted by Plaintiff is hereby also maintained as an injunction bond.

**IT IS SO ORDERED.**

3-20-2008
Hon. Edmund A. Sargus, Jr., U.S.D.J.

Approved as to form:

Frederick M. Luper (0019289)
Melissa Feldman Michalsky (0073212)
Luper Neidenthal & Logan
50 West Broad Street, Suite 1200
Columbus, OH 43215-3374
Telephone: (614) 221-7663
Fax: (866) 345-4948
E-mail: fluper@lnlattorneys.com
E-mail: mmichalsky@lnlattorneys.com
*Attorneys for Plaintiff*

Richard M. Bain (0016525)
Harry W. Greenfield (0003839)
Buckley King LPA
600 Superior Avenue, East
Cleveland, OH 44114-2652
Telephone: (216) 363-1400
Fax: (216) 579-1020
E-mail: bain@buckleyking.com
E-mail: greenfield@buckleyking.com
*Attorneys for Defendants*

2