AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**NS FUND I LLC,**

      **Plaintiff,**

**JUDGMENT IN A CIVIL CASE**

**vs.**

**CASE NO. C2-08-126**

**SOUTHLAND HEALTH**    **JUDGE EDMUND A. SARGUS, JR.**
**SERVICES OF GEORGIA, INC., et al.,**    **MAGISTRATE JUDGE NORAH MCCANN KING**

      **Defendants.**

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X    **Decision by Court.** A decision has been rendered by the Court without a hearing or trial.

**Pursuant to the Order filed February 6, 2009, JUDGMENT is hereby entered against Defendants, in favor of Plaintiff, NS Fund and Third-Party Defendant Neil Johnson. This case is DISMISSED.**

Date: February 6, 2009      JAMES BONINI, CLERK

*/S/ Andy F. Quisumbing*
(By) Andy F. Quisumbing
Courtroom Deputy Clerk